# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:21-cv-00778-HYJ | 4/28/2023 | 9:15 AM – 3:24 PM | Sally J. Berens |

### CASE CAPTION

| |
|---|
| Schuil v. McLaren Northern Michigan et al |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Michael N. Hanna | Plaintiff Duane Schuil |
| Terrence J. Miglio | Defendants McLaren Northern Michigan, McLaren Medical Group, McLaren Health Care Corporation |

### PROCEEDINGS

**NATURE OF HEARING:** Continued Settlement Conference held; case settled; order regarding dismissal documents to issue.

Portions Digitally Recorded
Deputy Clerk: J. Norton